FILED: January 27, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 13-2234
(1:09-cv-00161-IMK-JSK)

_____

DAN RYAN BUILDERS, INC., a Maryland Corporation

       Plaintiff - Appellant

v.

CRYSTAL RIDGE DEVELOPMENT, INC., a West Virginia Corporation; LANG BROTHERS, INC., a West Virginia Corporation; ROBERT S. LANG, an individual

       Defendants - Appellees

v.

HORNOR BROTHERS ENGINEERS

       Third Party Defendant - Appellee

 and

BRYCO BORE & PIPE, INC.; LOUDOUN VALLEY CONCRETE, INC.; DINGESS TRANSPORT, INC.; NORTH STAR FOUNDATION, INC.; PENNSYLVANIA SOIL AND ROCK INCORPORATED

       Third Party Defendants

_____

O R D E R

_____

The court grants an extension of the briefing schedule as follows:

Appendix due: 01/31/2014

Opening brief due: 01/31/2014

Response brief due: 03/07/2014

Any reply brief: 14 days from service of response brief.

                                      For the Court--By Direction

                                      <u>/s/ Patricia S. Connor, Clerk</u>